**Fill in this information to identify the case:**

Debtor 1 **Richard Paul Normand, Jr**

Debtor 2 **Betty Lynne Normand**
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Western District of Louisiana**
(State)

Case Number **23-80527**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** loanDepot.com, LLC

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 6 7 7 2

**Property Address:**

314 Lookout Pass
Number Street

Pineville LA 71360
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Dinorah Gonzalez
Signature

Date 11/09/2026

Trustee Dinorah Gonzalez
First Name Middle Name Last Name

Address P.O. Box 11877
Number Street

Alexandria LA 71315
City State ZIP Code

Contact phone (318) 448-1306 Email amy@ch13alex.com

# History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 09, 2026** a true and correct copy of the foregoing Trustee's Notice of Disbursements Made has been served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court.

THOMAS C. MCBRIDE - Electronic Notice

U.S. Trustee - Electronic Notice

Richard Paul Normand, Jr
Betty Lynne Normand
314 Lookout Pass
Pineville, LA 71360

LoanDepot.com, LLC
5465 Legacy Drive, Suite 400
Plano, TX 75024

Graham, Arceneaux & Allen, LLC
Two Lakeway
3850 N. Causeway Blvd., Ste 1695
Metairie, LA 70002

***/s/ Mayme Brown***